UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON HOLLINGSWORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES C. DUFF,[1] )<br>)<br>Director, Administrative Office of )<br>the U.S. Courts, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-2209 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #10] is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **DISMISSED** and shall be removed from the docket of this Court.  This is a final, appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


Date: August 2, 2006                                               /s/
                                                              ROSEMARY M. COLLYER
                                                              United States District Judge

---

[1] James C. Duff is substituted for his predecessor, Leonidas Ralph Mecham, as Director of the Administrative Office of the U.S. Courts, pursuant to Fed. R. Civ. P. 25(d)(1).